IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. ADCOCK, ET AL.                                                                PLAINTIFFS

v.                                           No. 4:11-cv-00832 KGB

RESURGENT CAPITAL SERVICES
AS SERVICER FOR LVNV FUNDING, LLC                                              DEFENDANTS

## ORDER

The plaintiffs have filed two discovery motions, Motion for Order Compelling Discovery (Dkt. No. 34) and Motion for Order Compelling Responses to Request for Admission (Dkt. No. 35). The defendants have responded. (Dkt. Nos. 37 & 38).

The Court has carefully reviewed the plaintiffs' motions and the defendants' responses. The plaintiffs waited nearly a month after service of defendants' discovery responses and objections to move to compel, and their motions come after an extended period of discovery has closed.[1] Moreover, the plaintiffs state little in their motions to compel by way of argument or authority to support their position.

The plaintiffs' Motion for Order Compelling Discovery (Dkt. No. 34) and Motion for Order Compelling Responses to Request for Admission (Dkt. No. 35) are DENIED.

SO ORDERED this 14th day of June, 2012.

_____
Kristine G. Baker
United States District Judge

---

[1] The Court's Final Scheduling Order states that all discovery motions must be filed sufficiently in advance of the discovery deadline.