IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. ADCOCK and
DOVEY ADCOCK                                                                                      PLAINTIFFS

VS.                                      No. 4:11-cv-00832 KGB

RESURGENT CAPITAL SERVICES
AS SERVICER FOR LVNV FUNDING, LLC                                          DEFENDANTS

## JUDGMENT

Pursuant to the Court's Opinion and Order of July 20, 2012, judgment is entered against the defendant for $9,980.52, together with prejudgment interest on $9,980.52 from December 22, 2008, the date of loss, until judgment, at the maximum rate allowed by Arkansas law.

SO ORDERED this 24th day of July, 2012

_____
Kristine G. Baker
United States District Judge