**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHARLES E. ADCOCK and**
**DOVEY ADCOCK**                                                                                    **PLAINTIFFS**

**VS.**                                         **No. 4:11-cv-00832 KGB**

**RESURGENT CAPITAL SERVICES**
**AS SERVICER FOR LVNV FUNDING, LLC**                                         **DEFENDANTS**

## ORDER

Defendant has moved to withdraw its motion for costs (Dkt. No. 60). For good cause shown, defendant's motion is granted (Dkt. No. 63). Also before the Court are plaintiffs' motion for judgment (Dkt. No. 62) and plaintiffs' motion for settlement (Dkt. No. 66). The Court views these motions as moot in light of the plaintiffs' filing of a satisfaction of judgment but will deny them without prejudice to refiling, should plaintiffs believe there are outstanding issues still to be considered by the Court.

SO ORDERED this 25th day of September, 2012.

_____
Kristine G. Baker
United States District Judge